UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-326-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| CARLOS FERNANDO BARNES | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 26 be sealed due to confidential information until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the ___3rd___ day of May, 2018.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE